IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NANCY C. LUCOUS, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 3:99cv523 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| MICHAEL J. ASTRUE, COMMISSIONER : | |
| of SOCIAL SECURITY, | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 3, 2008 a Report and Recommendation (Doc. 29). Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 30) and defendant's filed a response to the objections (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Plaintiff's Application for Attorney Fees Pursuant to the Equal Justice Act, (Doc. 25) is **DENIED.**

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Susan J. Dlott
           United States District Judge